# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES - BOND HEARING

**Case No.:** 5:19-CR-00030-04  **Date:** September 24, 2019

**Defendant:** Josie Peacoe - CUSTODY  **Counsel:** Louis K. Nagy - APPOINTED

PRESENT:
- JUDGE: Hon. Joel C. Hoppe, USMJ
- Deputy Clerk: Joyce C. Jones
- Court Reporter: FTR/J. J. Jones
- U. S. Attorney: Erin Kulpa
- USPO: Sarah Goodwin
- Case Agent: Tom Hickey, DEA
- Interpreter: Interpreter

TIME IN COURT: 2:14-2:27=13 min.

## BOND HEARING

☒ Bond hearing held partially and deferred. Bond hearing will be continued to October 4, 2019 at 9:30 a.m. in Harrisonburg to allow the court to hear from the mother of the defendant and for defense counsel to provide more information to the Court.

☒ Government does oppose bond.

☐ Defendant(s) not eligible for bond because state reasons not eligible

☐ Bond set at Amount, type, i.e., secured, unsecured, property, cash, corporate surety. Written appearance bond and order setting conditions of release to follow.

☐ Defendant remanded to custody pending posting of secured bond.

☐ Bond denied. Defendant remanded to custody. Written detention order will follow.

**Additional Information:**
USPO asks the court if they should do a home study prior to the next bond hearing. Court requests it to be done. Defendant remanded to the custody of the U. S. Marshal.