APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 5:19-CR-00030-04

v.

DATE: September 24, 2019

JOSIE PEACOE

TYPE OF HEARING: Bond hearing

****************************************************************************
PARTIES:

1. **Hon. Joel C. Hoppe, USMJ**  6. Tom Hickey, DEA
2. Erin Kulpa, AUSA  7. _____
3. **Defendant**  8. _____
4. Louis K. Nagy, CJA  9. _____
5. **Sarah Goodwin, USPO**  10. CSO/Deputy Clerk
****************************************************************************

Recorded by: **Joyce C. Jones**     Time in Court: 2:14-2:27

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 2:14 | 10 | 2:22 | 4 | | | | | | |
| | 1 | 2:24 | 1,4 | | | | | | |
| | 10 | 2:25 | 1,4 | | | | | | |
| | 1 | 2:27 | 5 | | | | | | |
| | 2,4 | | 1 | | | | | | |
| | 1 | | 4,2 | | | | | | |
| 2:15 | 2 | | 1 | | | | | | |
| | 1 | | END | | | | | | |
| | 4 | | | | | | | | |
| | 1 | | | | | | | | |
| | 4,1 | | | | | | | | |
| 2:18 | 2 | | | | | | | | |
| 2:20 | 1,2 | | | | | | | | |
| 2:21 | 1 | | | | | | | | |
| | | | | | | | | | |